# EXHIBIT 1

EXHIBIT 1

11-26-12

ENTERED LRB ORI LA 0090000

# Caddo Parish Sheriffs Office
# INCIDENT REPORT

Incident Number
201200036175

2012 36175

| Day No. | Date | Time Disp. | Time Arr | Time Clr | Area | Sec. | Deputy | Comm. # |
|---|---|---|---|---|---|---|---|---|
| 3 | 11/19/12 | 1030 | 1030 | 1700 | 3 | D | Jared Marshall | 1619 |

| Reported By | Name: Last / First / Middle | Race | Sex | Age | Nature of Incident |
|---|---|---|---|---|---|
| | Caddo Parish Sheriff's Office | | | | Investigation |

| Address | Home Phone | Business Phone |
|---|---|---|
| 501 Travis St. Shreveport, La 71101 | | 318-681-0812 |

Address of Incident / Location Description
501 Texas St.
Shreveport, LA 71101

(Date / Time Occurrence)
From: Date Aug. 2011 Time unkwn
To: Date Nov. 2012 Time unkwn

**LRS# or Parish Ord:**
1. OTH 100
2.
3.
4.
5.

**Type of Criminal Activity:** # 2 ______ # 3 ______ # 4 ______ # 5 ______

- B ☐ Buying/Receiving
- C ☐ Cultivating/Manufacturing/Publishing
- D ☐ Distributing/Selling
- E ☒ Exploiting Children
- O ☐ Operating/Promoting/Assisting
- P ☐ Possessing/Concealing
- T ☐ Transporting/Transmitting/Importing
- U ☐ Using/Consuming
- I ☐ Possession with Intent to Sell
- X ☐ Other
- J ☐ Juvenile Gang
- G ☐ Other Gang
- N ☐ None/Unknown

Location of Incident: ( Check only one ) ( Enter Code Number for Offense # 2 ______ #3 ______ # 4 ______ # 5 ______ )

- 01 ☐ Air/Bus/Train Terminal
- 02 ☐ Bank/Savings & Loan
- 03 ☐ Bar/Night Club
- 04 ☐ Church/Synagogue/Temple
- 05 ☐ Commercial/Office Building
- 06 ☐ Construction Site
- 07 ☐ Convenience Store
- 08 ☐ Department/Discount
- 09 ☐ Drug Store/Dr.'s Office/Hospital
- 10 ☐ Field/Woods
- 11 ☒ Government/Public Buildings
- 12 ☐ Grocery/Supermarket
- 13 ☐ Highway/Road/Alley
- 14 ☐ Hotel/Motel/Etc.
- 15 ☐ Jail/Prison
- 16 ☐ Lake/Waterway
- 17 ☐ Liquor Store
- 18 ☐ Parking Lot/Garage
- 19 ☐ Rental/Storage Facility
- 20 ☐ Residence/Home
- 21 ☐ Restaurant
- 22 ☐ School/College
- 23 ☐ Service/Gas Station
- 24 ☐ Specialty Store (TV, Fur, etc.)
- 25 ☐ Other/Unknown
- 40 ☐ Casino Land Based
- 41 ☐ Casino River Boat

**Offense Involved:** # 2 ______ # 3 ______ # 4 ______ # 5 ______

A ☐ Alcohol D ☐ Drugs C ☒ Computers DV ☐ Domestic Violence Juv ☐ Juveniles GRO ☐ Gaming Related Offense

**Offense Attempted / Completed**

1. A ☒ C ☒ 2. A ☐ C ☐ 3. A ☐ C ☐ 4. A ☐ C ☐ 5. A ☐ C ☐ Attempted Completed

**( For Burglary Only )**

☐ Abandoned ☐ Unoccupied ☐ Occupied ☐ Forcible ☐ No Force

Number of Premises Entered: ______

**Type of Weapon/Force Used:** # 2 ______ # 3 ______ # 4 ______ # 5 ______

- 11 ☐ Firearms (type not stated)
- 12 ☐ Handgun
- 13 ☐ Rifle
- 14 ☐ Shotgun
- 15 ☐ Other Firearm
- 20 ☐ Knife/Cutting Instrument
- 30 ☐ Blunt Object
- 35 ☐ Motor Vehicle
- 40 ☐ Personal Weapons
- 50 ☐ Poison
- 60 ☐ Explosives
- 65 ☐ Fire/Incendiary
- 70 ☐ Narcotics/Drugs
- 85 ☐ Asphyxiation
- 90 ☐ Other
- 95 ☐ Unknown
- 99 ☒ none

## Victim Information

| 1 | Victim's Name: Last First Middle | Race | Sex | Age | Date of Birth | Alias |
|---|---|---|---|---|---|---|
| | Caddo Parish Sheriff's Office | | | | | |

| Address | Home Phone |
|---|---|
| 501 Travis St. Shreveport, La 71101 | 318-681-0700 |
| **Business Address / Place of Employment** | **Business Phone** |
| | |

Social Security No.:

Resident Status: ☒ Resident ☐ Nonresident ☐ Unknown

Ethnicity: ☐ Hispanic ☒ Non-Hispanic ☐ Unknown

**Victim Connected to Offense #:**
1. OTH 100
2.
3.
4.
5.

Type of Victim:
- I ☐ Individual
- R ☐ Religious
- B ☐ Business
- S ☐ Society/Public
- F ☐ Financial
- O ☐ Other
- G ☒ Government
- U ☐ Unknown
- L ☐ Law Enforcement officer

Type of Injury:
- N ☒ None
- M ☐ Minor Injury
- B ☐ Broken Bones
- O ☐ Major Injury
- I ☐ Poss. Internal Injuries
- T ☐ Loss of Teeth
- L ☐ Severe Laceration
- U ☐ Unconsciousness

**Type of Medical Treatment:**

Hospitalized at:

Transported by:

Missing Person / Recovery:
- Disp ☐ Disappeared
- Loc ☐ Located
- MH ☐ Mental Health
- RH ☐ Returned Home
- Vol ☐ Voluntary
- CF ☐ Contacted Family
- Kid ☐ Kidnapped
- CP ☐ Contacted Police
- Unk- ☐ Unknown
- Unk ☐ Unknown

**Victim Used:**
- A ☐ Alcohol
- D ☐ Drugs
- W ☐ Weapons

Missing Person Form Completed: Yes ☐ No ☒

**NCIC Form Completed:** Yes ☐ No ☒

Relationship of Victim to Offender: (Put Offender/Arrestee Number in Blank)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SE | ___Spouse | GP | ___Grandparent | SS | ___Stepsibling | ES | ___Estranged Spouse | RU | 1 Relationship Unk. |
| CS | ___Common-Law Spouse | GC | ___Grandchild | OF | ___Other Family | XS | ___Ex-Spouse | EE | ___Employee |
| IL | ___In-Law | AQ | ___Acquaintance | NM | ___Non-Married Live-in | BE | ___Babysittee (baby) | ER | ___Employer |
| SP | ___Stepparent | FR | ___Friend | CF | ___Child of "BG" | BG | ___Boy/Girl Friend | PA | ___Parent |
| SC | ___Stepchild | NE | ___Neighbor | HR | ___Homosexual Rel. | OK | ___Otherwise Known | SB | ___Sibling |
| XB | ___Ex-Boyfriend/ Ex-Girlfriend | | | CH | ___Child | ST | ___Stranger | Vo | ___Victim was Offender |

## Offender/Arrestee Information

| Off. | Arr. | Name: Last | First | Middle | Aliases |
|---|---|---|---|---|---|
| 01 | 01 | Loomis | Johnny | L | |

| Race | Sex | Age | Date of Birth | Driver's License | State | Social Security No. |
|---|---|---|---|---|---|---|
| W | M | 50 | 11/15/62 | 004701658 | LA | |

| Address | Home Phone |
|---|---|
| 10082 Baldwin Court Shreveport, LA 71115 | 318-797-2274 |
| **Business Address / Place of Employment** | **Business Phone** |
| | 318-286-1943 |

Rev. 2-99

# Offender/Arrestee Information

Incident Number: 201200036175

DESCRIPTIVE CODES

| Build | Eyes | Complexion | Hair Color | Hair Style | Hair Facial | Characteristics |
|---|---|---|---|---|---|---|
| 1. Athletic/ Muscular | 1. Blue | 1. Albino | 1. Gray | 1. Bald | 1. Beard | 1. Scars |
| 2. Heavy/ Large | 2. Green | 2. Black | 2. Black | 2. Short | 2. Goatee | 2. Marks |
| 3. Average/ Medium | 3. Brown | 3. Dark | 3. Red | 3. Medium | 3. Mustache | 3. Tattoos |
| 4. Slender | 4. Black | 4. Light | 4. Brown | 4. Shoulder Length | 4. Side Bums | 4. Disability |
| 5. Petite | 5. Gray | 5. Fair | 5. Blond | 5. Long | 5. Unshaven | 99. Other |
| 99. Other | 6. Hazel | 6. Olive | 6. White | 6. Wig | 6. Clean Shaven | |
| | 7. Multicolor | 7. Ruddy | 7. Part Gray | 7. Afro | 99. Other | |
| | 99. Other | 99. Other | 8. Auburn | 8. Flat Top/Crew Cut | | |
| | | | 99. Other | 9. Curly | | |
| | | | | 10. Straight | | |
| | | | | 99. Other | | |

| Height | Weight | Build | Eyes | Complexion | Hair Color | Hair Style | Facial Hair | Characteristics |
|---|---|---|---|---|---|---|---|---|
| 5'5 | 206 | 4 | 3 | 4 | 2 | 2 | 6 | |

Additional Description

| Date of Arrest | Time | Location of Arrest | CSO # | ATN # |
|---|---|---|---|---|
| | | | | |

**LRS # or Parish Ord:**

1. ____
2. ____
3. ____
4. ____
5. ____

**Type of Arrest:**

- O ☐ On-View
- S ☐ Summoned/Cited
- T ☐ Taken Into Custody
- F ☐ Felony
- M ☐ Misdemeanor

**Arrest Result of.**

- 11 ☐ Inv. of Incidents
- OA ☐ Observed Activity
- TS ☐ Traffic Stop
- W ☐ Warrant
- DV ☐ Domestic Violence

**Arrestee Armed with:**

- 01 ☐ Unarmed
- 11 ☐ Firearm (type not stated)
- 12 ☐ Handgun
- 13 ☐ Rifle
- 14 ☐ Shotgun
- 15 ☐ Other Firearm
- 16 ☐ Lethal Cutting Instrument
- 17 ☐ Club/Blackjack Brass Knuckles
- 18 ☐ Other

**Arrestee Connected to Offense #:**

1 ☒ 3 ☐ 5 ☐ 2 ☐ 4 ☐

**Offender/Arrestee Used:**

- A ☐ Alcohol
- D ☐ Drugs
- C ☐ Computer Equipment
- N ☐ Not Applicable
- G ☐ Gaming Activity Motive of Crime

- ☐ Multiple Clearance
- ☐ Count Arrestee
- ☒ Not Applicable

**Arrestee Ethnicity:**

H ☐ Hispanic U ☐ Unknown N ☐ Non-Hispanic

**Resident Status:**

R ☒ Resident U ☐ Unknown N ☐ Nonresident

**Injury Type:** None

**Med. Treatment/Hospitalized at:** None

**Transported by:** None

**Juvenile Status Offender:**

- ☐ Run Away
- ☐ Truant
- ☐ Ungovernable
- ☐ FINS Report Filed

**Disposition of Arrestee Under 17:**

- D ☐ Handled Within Department
- J ☐ Referred to Juvenile Court or Probation Dept.
- W ☐ Referred to Welfare Agency
- P ☐ Referred to Other Police Agency
- A ☐ Referred to Criminal or Adult Court

**Parents Notified:** Yes ☐ No ☐

**Released to Parents:** Yes ☐ No ☐

**Agency Referred to:**

Hate / Bias Motivation of Offender/Arrestee: # 2________ # 3________ # 4________ # 5________

**Racial**
- 11 ☐ Anti-Wite
- 12 ☐ Anti-Black
- 13 ☐ Anti American Indian/Alaskan. Native
- 14 ☐ Anti-Asian/Pacific Islander
- 15 ☐ Anti Multi Racial Group

**ETHNICITY/NATIONAL ORIGIN**
- 32 ☐ Anti-Hispanic
- 33 ☐ Anti-Other Ethnicity/National Origin

**DISABILITY BIAS**
- 51 ☐ Anti-Physical Disability
- 52 ☐ Anti-Mental Disability

**RELIGIOUS**
- 21 ☐ Anti-Jewish
- 22 ☐ Anti-Catholic
- 23 ☐ Anti-Protestant
- 24 ☐ Anti-Islamic (Moslem)
- 25 ☐ Anti-Other Religion
- 26 ☐ Multi-Religious Group
- 27 ☐ Atheism/Agnosticism

**SEXUAL**
- 41 ☐ Anti-Male Homosexual (Gay)
- 42 ☐ Anti-Female Homosexual (Lesbian)
- 43 ☐ Anti-Homosexual (Gay & Lesbians)
- 44 ☐ Anti-Heterosexual
- 45 ☐ Anti-Bisexual

**OTHER BIAS**
- 70 ☐ Age
- 71 ☐ Ancestry
- 72 ☐ Creed
- 73 ☐ Gender
- 74 ☐ Organizational Affiliation
- 88 ☒ None
- 99 ☐ Unknown

**WITNESSES**

| # | Name: Last | First | Middle | Race | Sex | Age | Date of Birth | Place of Employment |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| | Address | | | Alias | | Home Phone | | Business Phone |
| 2 | | | | | | | | |
| | Address | | | Alias | | Home Phone | | Business Phone |
| 3 | | | | | | | | |
| | Address | | | Alias | | Home Phone | | Business Phone |
| 4 | | | | | | | | |
| | Address | | | Alias | | Home Phone | | Business Phone |

Copies to:
- ☐ DA ☐ CID
- ☐ Coroner ☐ OCD
- ☐ Juvenile Court ☐ Patrol
- ☐ IA ☐ Other

Case Status - Assigned to:
- ☐ OCD ☐ IA
- ☒ CID ☐ Other
- ☐ Patrol

No. of Victims: 01

No. of Arrestees

No. of Offenders: 01

Scene Processed by:

| | | |
|---|---|---|
| Latent Prints | Yes ☐ | No ☒ |
| Photographs | Yes ☐ | No ☒ |
| CSI Report | Yes ☒ | No ☒ |

Investigator on Scene: Marshall

Disposition:
- ☐ Unfounded
- ☐ Cleared by Arrest
- ☒ Open
- ☐ Administrative
- ☐ Cleared Exceptional

- A ☐ Death of Offender
- B ☐ Prosecution Declined
- C ☐ Extradition Declined
- D ☐ Victim Refused to Cooperate
- E ☐ Juvenile No Custody
- O ☐ Other
- N ☐ Not Applicable

Date Cleared Exceptional:

Reporting Deputy: Jared Marshall Comm.# 1619

Supervisor: Sgt. [signature] Comm. # 525

Review Deputy: Samuel [signature] Comm. # 778

Rev. 2-99

# Caddo Parish Sheriff's Office
# Supplemental Report

| 2012 000 36175 |
|---|
| Case Number |

| Victim #1 Name | Last / First / Middle | Date of Occurrence | Nature of Incident |
|---|---|---|---|
| | Caddo Parish Sheriff's Office | Aug. 11-Nov. 12 | Investigation |

**Narrative:**

On 11/13/12, I (Det. Jared Marshall) began an investigation into 50 year old Johnny Loomis, d.o.b. 11/15/62, after chat messages were found on his work computer assigned to him by the Caddo Sheriff's Office. A search warrant was obtained and computers were seized from his residence where they were forensically examined.

On 11/13/12, I received a phone call from Capt. Nunnery of the Caddo Sheriff's Office. Capt. Nunnery told me that Caddo Parish Sheriff's technical resources personnel came across a Caddo Sheriff's Deputy's work computer which contained some disturbing chat messages. He said due to the nature and content of the chat messages, the computer would be handed over to me for further forensic analysis. I made my way back to the office and waited for Technical Resources personnel to bring the computer by. A short time later, Brian Wilson and Jeremy Thompson of Technical Resources arrived at the CID office with Johnny Loomis's work computer. I spoke briefly with Jeremy Thompson about how he came across the chat messages. According to Jeremy, he was monitoring the recently activated Barracuda Web filter on the network and came across a high volume of web traffic on Johnny Loomis's work computer in his office. Jeremy said the only thing he could see on the web traffic was that someone on Loomis's computer was actively involved in chatting. Jeremy did a remote log into Johnny Loomis's work computer through the Sheriff's Office network and saw several chat windows open. He said the chats mainly contained adult sexually themed conversations.

Jeremy told me later he did a remote log into Johnny Loomis's computer and found chat logs that contained very disturbing chat conversations that involved discussions about the sexual abuse of children. Jeremy did not look into the log files any further and notified Brian Wilson of the findings. From there the computer was turned over to me for further forensic analysis.

The computer given to me was the property of the Caddo Sheriff's Office and was assigned to Johnny Loomis who worked as a Probation and Parole Deputy in the Caddo Court House. The hard drive was removed from the computer and I used a forensic previewing tool to examine the contents of the drive. Dep. Loomis had installed on the computer "Yahoo Messenger". Yahoo Messenger gives the ability to create as many user names as the user would like under the e-mail extension of @yahoo.com. It also gives the ability for the user to enter chat rooms under Yahoo Messenger. In this case Dep. Loomis was entering a chat room called "Tops and Bottoms", which is an adult gay male themed chat room. The chat logs show that he has entered this chat room as far back as August 2011, under the user names of **cajun_dad2008** and **twistedsubmom**. Loomis also had two other user names under messenger, **granny1937luvsmomsgirlsboys** and **penneypalmer**.

I came across the chat logs, which were located in a Yahoo Messenger folder under the sub folder of J.Loomis. In the Yahoo Messenger folder there was another folder called 'Log". Inside this folder there were several .log files which contained contents of the chat messages that John engaged in while on the computer. I began to cipher through the files and saw very disturbing chat messages that were highly sexual in nature. Loomis primaly used **cajun_dad2008** and **twistedsubmom** when talking with people in the chat rooms. Under these user names, Loomis was engaging in very disturbing chat convesations that were highly sexual in nature. The common theme of the conversations revolved around the sexual abuse, even rape of children as young as newborns. Loomis under the name of **twistedsubmom**, engaged in chat conversations as a female

persona, who talked about sexually abusing her four children since they were newborns. I did a full scan of the hard drive, but found no pornography on the computer, only the sexualy explicit chat conversations.

On 11/14/12, myself and Lt. Hall went to John's house to sepak with him about coming to the CID office for a statement. We arrived at 10082 Baldwin Court in Shreveport and made contact with John. John agreed to follow us to the CID office for a statement. When we arrived at the office, John was directed to the interview room. Prior to the interview, I read Loomis his Miranda Rights. Loomis signed that he understood his rights, but refused to give a statement upon the request of his attorney. The interview was stopped, with no statement given. Caddo Parish Internal Affairs Personnel arrived at the CID office to conduct their administrative investigation and John was interviewed by IA personnel.

While IA was conducting their interview, I began construction on a search warrant with the intent to search John Loomis's residence and vehicle. I finished the constrution of the warrant and had it signed by the judge. Myself, Lt. Hall and Sgt. Jennings drove to Loomis's residence to execute the warrant. Loomis was not home when we arrived and was still with IA personnel finishing resignation paperwork. A short time later, Loomis arrived at his residence where we were waiting. We told Loomis of the search warrant and I began my search of the residence. I located in the home several digital storage devices, three of which were computers, one laptop and two desktops. One of the desktop computers was located in what Loomis described as his office and where the primary computer that he used. Also in the home, in the attic area another desktop computer was found that contained two hard drives. The other devices were a collection of flash drives and SD cards. All items were photographed and removed from the home and Loomis was given a search warrant return of the items listed that were taken.

I arrived back at the office, where I began my forensic analysis on the hard drives taken from Loomi's residence. I began the exam of the hard drive that was taken from the desktop computer in Loomis's office area. This computer was identified as Loomis's primary computer. I conducted a full scan of the hard drive using forensic previewing tools and found a great number of adult pornography images and videos. One video was flagged as being "notable" through NCMEC, as known child pornography. The file was a video and showed what appeared to be a white pubescent male giving oral sex to an adult white female on a bed. The video clip was apporx. 1 minute in length and was located in a file that contained other adult pornography videos and images. I looked in a unallocated cluster of the hard drive, where deleted files go when they are deleted from the main partition. In the cluster of the hard drive, I found a deleted file that was labeled "8yo gets molested by clown (pthc)", "pthc" which stands for pre-teen hardcore. "pthc" is a keyword search on the internet for child pornography. The file was too bad fragmented and was unrecoverable for me to review.

I continued my search of the primary hard drive and came across Yahoo Messenger that Loomis had installed on the hard drive. In Loomis's chat logs, I came across much of the same type of chats Loomis engaged in on his work computer. All of his chats on Yahoo revolved around the talk of rape and sexual abuse of children as young as newborns. Loomis used the same screen names as he did at work. The search was complete of the primary hard drive.

Next, I searched two hard drives that were found in a computer in Loomis's attic. I conducted a full scan of both hard drives and only one came back with some adult pornography. The other hard drive appeared to be a backup hard drive and contained little to no data, so I focused my attention on the other hard drive. During the scan of the hard drive that contained the pornography, I came across a "shared folder" under Yahoo Messenger. Inside this folder I found 14 images of children, ranging from ages of 6 years of age to about 12. All of the children were fully clothed, but were bound up using various items, such as tape, rope, and handcuffs. Some of the pictures appeared to be staged or in a studio type setup. The other images appeared to show children in actual distress.

On 11/16/12, I scanned the laptop that was found in Kathryn Loomis's office, but found no data on the hard drive that was a cause for concern. I arranged for Kathryn to come pick up her computer. Kathryn arrived at

the CID office and some of the items that had no evidentary value was released to her.

I took the images and ran the hash values through NCMEC, but received no hits. I e-mailed Megan Legg, a Senior Analyst for CVIP and NCMEC, and told her of the images I came across. She instructed me to e-mail the images to her and she would check to see if any of the images had any cases assigned to an agency. The pictures were sent through e-mail to Megan. I later received a report back from Megan which contained a report of what she was able to uncover. 3 out of the 14 images showed that some law enforcement agency has worked on cases involving those pictures. In the report it provided me with the local agency and the investigators name that worked on that case. At the time this report was written, I have not made contact with any of the investigators listed in the NCMEC report.

Due to the nature of the content that was found on Loomi's computer, it was decided to find out what children/family members John would have associated with and our interest in havign those children forensicly interviewed. I made contact with Debbie Chandler, who is John Loomis's sister, who lives in Dry Prong, LA. Debbie told me the only children John has ever associated with was her grandchildren, total of 7. She said 6 of them live with her daughter Jennifer Huges in Pearl River, LA and range from ages 1 to 14. The other child lives in Ball, LA and he is 11 years of age. Debbie gave me the phone numbers to the parents of those children.

I contacted Allen Chandler, who is the father of 11 year old . I told Allen of our investigation and the Caddo Sheriff's Office interest in having forensically interviewed. Allen told me that John Loomis has never been alone with his son and only sees John a couple of times out of the year during the holidays. He said his son is always in view of him and has never been alone with John. Allen did not want his son interviewed, but said he would contact me if he changed his mind.

Next, I contacted Jennifer Hughes. I told Jennifer of the investigation and the Caddo Sheriff's Office interest in having her children forensically interviewed. Jennifer told me her children have never been alone with John and is confident John has never done anything to them. She said she would rather not have her children interviewed, but said she would contact me if she changed her mind.

At this time the Caddo Sheriff's Office is not pursuing criminal charges and Johnny Loomis resigned from the Caddo Sheriff's Office on 11/14/12.

**Disposition:**

- ☐ Unfounded
- ☐ Cleared By Arrest
- ☑ Pending
- ☐ Administrative
- ☐ Exceptional

- A ☐ Death Of Offender
- B ☐ Prosecution Denied
- C ☐ Extradition Denied
- D ☐ Refused To Cooperate
- E ☐ Juvenile No Custody
- O ☐ Other
- N ☐ Not Applicable

Date Cleared ____________

| | Comm # | Date |
|---|---|---|
| Reporting Deputy: Det. Jared Marshall [signature] | 1619 | 11-20-12 |
| Supervisor: Sgt. [signature] | 525 | 11-26-12 |
| Review Deputy: [signature] | 273 | 11/26/12 |

Copies To:

☐ DA ☐ IA ☐ OCD ☐ Coroner

☐ CID ☐ Juvenile Court ☐ Other ____________

ENTERED LDB 12-17-13

2012 000 36175

Case Number

# Caddo Parish Sheriff's Office Supplemental Report

201200036175

| Victim #1 Name Last First Middle | Date of Occurrence | Nature of Incident |
|---|---|---|
| Caddo Parish Sheriff's Office | Aug. 11-Nov. 12 | Investigation |

**Narrative:** Page 1 of 1

On 12/16/13, I received word from the Caddo ADA's office that criminal prosecution on this case will be declined. The desktop computer and other hard drive taken as part of the search warrant was returned to Johnny Loomis on 12/16/13.

Case closed per Caddo ADA's office.

**Disposition:**

- ☐ Unfounded
- ☐ Cleared By Arrest
- ☐ Pending
- ☐ Administrative
- ☑ Exceptional

- A ☐ Death Of Offender
- B ☑ Prosecution Denied
- C ☐ Extradition Denied
- D ☐ Refused To Cooperate
- E ☐ Juvenile No Custody
- O ☐ Other
- N ☐ Not Applicable

Date Cleared 12-17-13

| | | Comm # | Date |
|---|---|---|---|
| Reporting Deputy | Det. Jared Marshall | 1619 | 12-17-13 |
| Supervisor | Sgt [signature] | 515 | 12-17-13 |
| Review Deputy | [signature] | 229 | 12/17/13 |

Copies To:

☑ DA ☐ IA ☐ OCD ☐ Coroner

☑ CID ☐ Juvenile Court ☐ Other ____

12-18-13