# EXHIBIT 2

# EXHIBIT 2

February 19, 2024

On or about March 2022, II contacted a representative via phone from the Omni Hotel in Dallas, Texas in reference to a w/m subject by the name of Johnny Loomis. Upon contact with the hotel representative, I advised the associate that,

I was a law enforcement officer in Louisiana and that I was recently contacted by Kirk Porter in reference to Mr. Loomis who was previously a Caddo Parish Sheriff's deputy in Shreveport, La.

I further advised that I was provided with a packet containing information on Loomis by the Caddo Parish District Attorney's Office. I also advised that the packet contained information related to evidence that led to Loomis leaving the Caddo Parish Sheriff's Department.

The information provided to me was in reference to allegations regarding inappropriate images of young girls wearing duct tape along with other graphic images. The DA's representative further explained that Loomis was found to be in possession of these images on his CSO computer as well as his home computer. The DA also provided me with a letter authored by the Sheriff directing the DA to refrain from prosecuting Loomis as the Sheriff chose to allow Loomis to resign.

In closing, I encouraged the hotel associate to review any computers owned by the hotel that may have been accessed by Loomis.

This is a true and accurate statement authored by me based upon information provided to me by seasoned law enforcement officials and the elected District Attorney at that time.

Sincerely,

George E. Hatfield
Chief Deputy Constable Caddo Parish, La., Ward 7
318.470.7059